```
SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>        Plaintiff,<br><br>    vs.<br><br>Harbor Village Partnership of 1990; and DOES one through ten, inclusive,<br><br>        Defendants | ) Case No. **2:06-cv-01254-KJM**<br>)<br>) **STIPULATION AND ORDER RE**<br>) **REQUEST FOR CONTINUANCE OF**<br>) **STATUS CONFERENCE**<br>)<br>)<br>) Status Conference: January 24, 2007<br>) Time: 10:00 am<br>) Courtroom: 26 |

   Plaintiff, Scott N. Johnson, and Defendants, Harbor Village Partnership of 1990, by and through their designated counsel of record, (Scott N. Johnson; David L. Carothers) hereby stipulate to an extension of time in which to continue the status conference from January 24, 2007 to February 8, 2007.  Plaintiff has a VDRP hearing on January 24, 2007 at 9am and will not be able to attend the status conference for this case at 10am.  A continuance to

1  February 8, 2007 for the status conference will give the
2  Plaintiff's attorney and Defendants attorney time to engage
3  in settlement discussions.

Dated:   December 18, 2006          /s/Scott N. Johnson _____

                                    Scott N. Johnson,

                                    Plaintiff, In Pro Per


Dated: December 18, 2006            /s/David L. Carothers_____

                                    David L. Carothers,

                                    Managing Partner for

                                    Defendants


**ORDER**

   IT IS HEREBY ORDERED THAT the status conference in this matter is continued to Wednesday, February 7, 2007.

Date:   December 19, 2006.


                                    _____
                                    U.S. MAGISTRATE JUDGE