IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                    No. CIV S-06-1254 KJM PS

      vs.

HARBOR VILLAGE PARTNERSHIP
OF 1990, et al.,

      Defendants.           <u>ORDER</u>

        A status conference was held in this matter on February 7, 2007, at 10:00 a.m. in courtroom # 26. Plaintiff Scott Johnson appeared pro se. Defendants Robert Deatsch and David Carothers appeared pro se. Upon consideration of the status report on file in this action, discussion with plaintiff and defendants and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Within thirty days from the date this order is filed, the parties shall make initial disclosures under Federal Rule of Civil Procedure 26.

        2. The parties shall simultaneously disclose experts no later than August 17, 2007. Rebuttal experts, if any, shall be disclosed by September 14, 2007.

/////

/////

1

3. Discovery, including the hearing of discovery motions, shall be completed by October 12, 2007.  Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

4. Dispositive motions, other than discovery motions, shall be noticed to be heard by December 14, 2007.

5. The pretrial conference is set for February 13, 2008, at 11:00 a.m. before the undersigned.  Pretrial statements shall be filed in accordance with Local Rule 16-281.

6. Trial of this matter is set for March 3, 2008, at 10:00 a.m. before the undersigned.  The parties shall file trial briefs in accordance with Local Rule 16-285.

7. An early settlement conference, as requested by the parties, is set for March 29, 2007, at 10:00 a.m., before Magistrate Judge Dale Drozd; the parties shall report to Judge Drozd's chambers at that time.  At least one week before the settlement conference, the parties shall submit brief statements to Judge Drozd's chambers, without filing them on the docket; each statement should summarize the relevant facts and the party's position regarding the merits and possible resolution of the case.

DATED: February 7, 2007.

_____
U.S. MAGISTRATE JUDGE

006 johnson.oas